Bradlee R. Frazer, ISB No. 3857
D. John Ashby, ISB No. 7228
Gabriel Hamilton, ISB No. 7945
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5216
Email: bfrazer@hawleytroxell.com
        jashby@hawleytroxell.com
        ghamilton@hawleytroxell.com

Attorneys for Defendants Tim Richardson, Vince Whaley
d/b/a Gentleman Business Development, Premier Printing
Professionals, and Gentleman Business Development, LLC


UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO


| | |
|---|---|
| PRESS-A-PRINT INTERNATIONAL LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> TIM RICHARDSON and VINCE WHALEY dba GENTLEMAN BUSINESS DEVELOPMENT, and PREMIER PRINTING PROFESSIONALS; GENTLEMAN BUSINESS DEVELOPMENT, LLC, an Ohio limited liability company, <br><br> Defendants. | Case No. 4:09-cv-00557-BLW <br><br> STIPULATION FOR ENTRY OF PERMANENT INJUNCTION |


STIPULATION FOR ENTRY OF PERMANENT INJUNCTION - 1

The above-named parties, by and through their respective counsel of record, hereby stipulate and jointly request that the Court enter an Order for Permanent Injunction in the form attached hereto as Exhibit A in the above captioned case.

Dated:  January 13, 2011                              Respectfully submitted,

| HAWLEY TROXELL ENNIS & HAWLEY LLP | BEARD ST. CLAIR GAFFNEY |
|---|---|
| By ____/s/_____<br>   Bradlee R. Frazer<br>   D. John Ashby<br>   Attorneys for Defendants Tim Richardson,<br>   Vince Whaley d/b/a Gentleman Business<br>   Development, Premier Printing<br>   Professionals, and Gentleman Business<br>   Development, LLC | By ____/s/_____<br>   Michael D. Gaffney<br>   John M. Avondet<br>   Attorneys for Plaintiff Press-A-Print<br>   International, LLC |

STIPULATION FOR ENTRY OF PERMANENT INJUNCTION - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2011, I electronically filed the foregoing STIPULATION FOR ENTRY OF PERMANENT INJUNCTION with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Michael D. Gaffney                      gaffney@beardstclair.com
John Avondet
BEARD ST. CLAIR GAFFNEY PA
[Attorneys for Plaintiff]


_____/s/_____
D. John Ashby

44920.0001.2210994.1

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| PRESS-A-PRINT INTERNATIONAL LLC, a California limited liability company, ) | Case No. 4:09-cv-00557-BLW |
| Plaintiff, ) | ORDER FOR PERMANENT INJUNCTION |
| vs. ) | |
| TIM RICHARDSON and VINCE WHALEY ) dba GENTLEMAN BUSINESS DEVELOPMENT, and PREMIER PRINTING ) PROFESSIONALS; GENTLEMAN BUSINESS DEVELOPMENT, LLC, an Ohio ) limited liability company, ) | |
| Defendants. | |

Having considered the parties' Stipulation for Entry of Permanent Injunction,

IT IS HEREBY ORDERED as follows:

1. Defendants are permanently enjoined from purchasing Plaintiff's federally registered trademarks, Reg. Nos. 2,255,358 and 3,034,714, as Internet search keywords from any Internet search engines.

2. Defendants are enjoined from using Plaintiff's federally registered trademarks, Reg. Nos. 2,255,358 and 3,034,714, as metatags within Defendants' website located at URL http://www.thepremieropportunity.com.



EXHIBIT
A

ORDER FOR PERMANENT INJUNCTION - 1

44920.0001.2210980.1

3. It is further ordered that Defendants shall not so purchase or use as Internet key word search terms any variations of the Plaintiff's common law service mark "PRESS-A-PRINT" or any terms that are confusingly similar to the Plaintiff's registered trademarks and common law service mark. Accordingly, Defendants shall not purchase the following phrases as search terms: "pressaprint", "press a print", "press print," "print press" or any other combination of the words "press" and "print."

4. To the extent Defendants comply with the terms of this Permanent Injunction and yet still appear in a Google "Sponsored Link" resulting from an Internet search for Plaintiff or its goods or services if such is a result of (a) the functionality of the Google search engine, (b) Defendants' purchasing generic industry words or combinations of generic industry words (including the separate words "print" or "printing"), which combinations are not confusingly similar to the Plaintiff's registered trademarks or common law service mark, or (c) both, then the result is neither attributable to nor caused by Defendants or their actions in violation of this Permanent Injunction.

5. LIQUIDATED DAMAGES: In the event that a court of competent jurisdiction finds that the Defendants violated the terms of this Permanent Injunction, damages shall be assessed in the amount of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in liquidated damages because parties understand and agree that actual damaged caused by a violation would be difficult to prove and that this amount is a reasonable approximation of the damages a violation would cause.

6. Neither party shall publicly announce or disclose, or issue a press release announcing,

ORDER FOR PERMANENT INJUNCTION - 2

the fact of entry or the terms of this Permanent Injunction.

7. ATTORNEY FEES: In the event that a court of competent jurisdiction finds that the Defendants violated the terms of this Permanent Injunction, the Defendants shall reimburse the Plaintiff for its attorney fees and costs incurred in conjunction with enforcing the Permanent Injunction.

8. Each party shall bear its own attorney fees and costs incurred in this action.

\*\*\*\*

ORDER FOR PERMANENT INJUNCTION - 3